Cause dismissed on motion of counsel for Relator.

*Wm. Blount Myers* and *William K. Whitfield* (of Talla-hassee), for Relator.

*Cary D. Landis,* Attorney General, for Respondent.

West's Drug Stores, Inc., a corporation, Plaintiff in Error, v. Allen Investment Company, a corporation, Defendant in Error;

Writ of error dismsised on motion of counsel for Plain-tiff in Error.

*J. C. Davant* and *Jos. F. Sikes,* for the Motion.

Charles F. Merrick, a single man, *et al.,* Appellant, v. The State Life Insurance Company, an Indiana corporation, Appellee.

Appeal dismissed on motion of counsel for the respective parties.

*Clifton D. Benson* and *B. E. Carey,* for Appellants.

*Stapp, Gourley, Vining & Ward,* for Appellee.

Burns Realty Company, a corporation, *et al.,* Appellants, v. Pine Securities Company, a corporation, Appellee.

Appeal dismissed on motion of counsel for Appellee.

*Randolph Calhoun,* for Appellants.

*J. D. Gill,* for Appellee.